```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JERMAL JONES,                         :
                                      :
              Plaintiff,              :    10 Civ. 5352 (JSR)
                                      :
         -v-                          :    ORDER
                                      :
DORA B. SCHRIRO, et al.,              :
                                      :
              Defendants.             :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

    On March 29, 2011, the Honorable Ronald L. Ellis, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending that defendants' motion to dismiss be granted and that plaintiff's complaint be dismissed for failure to state a claim.

    Plaintiff has failed to file any objection to the Report and Recommendation, and, for that reason alone, has waived any right to review by this Court. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002); Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir. 2000). Accordingly, the Court hereby adopts the Report and Recommendation, and, for the reasons therein, dismisses the complaint with prejudice. Moreover, the Court certifies that any appeal from this Order would not be taken in good faith, as plaintiff's claim lacks any arguable basis in law or fact, and therefore permission to proceed in forma pauperis is also denied. See 28 U.S.C. § 1915(a)(3); see also Seimon v. Emigrant Savs. Bank (In re Seimon), 421 F.3d 167, 169 (2d Cir. 2005). Clerk to enter judgment.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       May 21, 2011